UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Attorney: GLOBAL PROCESS SERVICES - 2816

---

ALEXIS AMENDOLA, INDIVIDUALLY AND ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED

Index #: 9:23-CV-81467-DMM

Plaintiff(s)

-against-

Date Filed:

G-STAR RAW ESTORE, INC.

**AFFIDAVIT OF SERVICE**

Defendant(s)

Attorney File #1: 23-2764

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 20, 2023 at 04:58 PM at

C/O KATHLEEN M KUNDAR, REGISTERED AGENT
C/O FOX HORAN & CAMERINI LLP
885 THIRD AVENUE, 17TH FL
NEW YORK, NY10022

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT on G-STAR RAW ESTORE, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to KATHLEEN M KUNDAR personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT as said defendant/respondent and knew said individual to be REGISTERED AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN-BLONDE | 65 | 5'9 | 150 |

Sworn to me on: November 22, 2023

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2026

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2025

Gotham Process Inc.
Lic. 1251720-DCA
299 Broadway
New York NY 10007

BYRAN E MCELDERRY
License #: 0869802-DCA

Docket #:   *1274427*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ALEXIS AMENDOLA, individually and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> G-STAR RAW ESTORE, INC. <br><br> *Defendant(s)* | Civil Action No.  9:23-cv-81467-DMM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  G-STAR RAW ESTORE, INC.

Serving Registered Agent - KATHLEEN M. KUNDAR
C/O FOX HORAN & CAMERINI LLP,
885 THIRD AVENUE, 17TH FLOOR,
NEW YORK, NY, UNITED STATES, 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shamis & Gentile, P.A.
14 NE 1st Ave, Suite 705
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  11/07/2023

Angela E. Noble
Clerk of Court


s/ W. Cendejas
Deputy Clerk
U.S. District Courts