**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:23-CV-81467-DMM**

ALEXIS AMENDOLA, individually and on behalf of all others similarly situated,

        Plaintiff,

   v.

G-STAR RAW ESTORE, INC.,

        Defendant.

## NOTICE OF APPEARANCE

Kevin M. Young, an attorney with the firm Seyfarth Shaw LLP, hereby enters his appearance as counsel for Defendant G-Star Raw Estore, Inc. in the above-captioned action. Mr. Young requests CM/ECF service copies of all future notices, orders, pleadings, correspondence, papers, and other matters filed herein.

| | |
|---|---|
| Date: December 8, 2023 | Respectfully submitted, |
| | SEYFARTH SHAW LLP |
| | By:  /s/ *Kevin M. Young* |
| | Kevin M. Young |
| | kyoung@seyfarth.com |
| | SEYFARTH SHAW LLP |
| | 1075 Peachtree Street, NE, Suite 2500 |
| | Atlanta, GA 30309 |
| | Telephone: (404) 885-1500 |
| | Facsimile: (404) 892-7056 |
| | |
| | *Counsel for Defendant G-Star Raw E-Store, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Kevin M. Young*
Kevin M. Young
