UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:23-CV-81467-DMM

ALEXIS AMENDOLA, individually and on behalf of all others similarly situated,

        Plaintiff,

  v.

G-STAR RAW ESTORE, INC.,

        Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant G-Star Raw Estore, Inc. ("G-Star"), by and through its attorneys and pursuant to Federal Rule of Civil Procedure 6(b), hereby respectfully moves for a thirty (30) day extension of time, up to and including January 10, 2024, to answer or otherwise respond to Plaintiff's Complaint. In support of its unopposed motion, G-Star states as follows:

1. On November 7, 2023, Plaintiff Alexis Amendola ("Plaintiff"), filed her Complaint in the above-captioned action, alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq., and the Florida Telephone Solicitation Act, Fla. Stat. § 501.059, et seq. (Dkt. No. 1).

2. G-Star was served with Plaintiff's Complaint and summons on November 20, 2023. (Dkt. No. 4).

3. The current deadline for G-Star to answer or otherwise respond to Plaintiff's Complaint is December 11, 2023. (*Id.*).

4. G-Star is promptly collecting and reviewing relevant documents and investigating Plaintiff's alleged violations in order to prepare a response to Plaintiff's Complaint. G-Star,

however, requires additional time to adequately complete its investigation and prepare its response.

5.      Further, if granted, the requested extension of time will afford the parties an opportunity to explore a potential non-litigated resolution in this matter.

6.      G-Star, accordingly, requests an extension of thirty (30) days, up to and including January 10, 2024, to file an answer or otherwise respond to Plaintiff's Complaint.  In accordance with Local Rule 7.1(a)(2) and Section 31(6) of the CM/ECF Administrative Procedures, Defendant is filing a copy of a Proposed Order herewith and e-mailing a Word version of the same to the presiding judge.

7.      On December 1, 2023, counsel for G-Star conferred with counsel for Plaintiff, who confirmed that Plaintiff does not oppose G-Star's instant motion and the relief requested herein.

8.      This motion is filed before G-Star's response to the Complaint is due, and this is G-Star's first request for an extension of time.

9.      This motion is filed in good faith and not for the purpose of unwarranted delay, to obstruct the progress of this case, or for any other improper purpose.

WHEREFORE, G-Star respectfully requests that the Court enter an order granting G-Star a thirty (30) day extension of time, up to and including January 10, 2024, to answer or otherwise respond to Plaintiff's Complaint.

**CERTIFICATE OF PRE-FILING CONFERENCE**

The undersigned confirms that, pursuant to Local Rule 7.1(a)(3), G-Star's counsel conferred with Plaintiff's counsel, and Plaintiff's counsel consents to the relief requested herein.

Date: December 8, 2023                    Respectfully submitted,

                                                            SEYFARTH SHAW LLP

                                                            By: /s/ *Kevin M. Young*
                                                            Kevin M. Young
kyoung@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Kristine R. Argentine *(pro hac vice motion forthcoming)*
kargentine@seyfarth.com
Bessie Fakhri *(pro hac vice motion forthcoming)*
bfakhri@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60613
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

***Counsel for Defendant G-Star Raw E-Store, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                             /s/ *Kevin M. Young*
                                             Kevin M. Young