**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:23-CV-81467-DMM**

ALEXIS AMENDOLA, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

G-STAR RAW ESTORE, INC.,

    Defendant.

**[PROPOSED ORDER] REGARDING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR**
**OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

    THIS CAUSE having come before the Court on Defendant's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion"). This Court having considered the Motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED. Defendant G-Star Raw Estore, Inc. shall answer or otherwise respond to Plaintiff's Complaint by January 10, 2024.

    DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

                                                              _____
                                                              United States District Judge

Copies furnished to: All Counsel of Record