UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALEXIS AMENDOLA, individually and on behalf of all others similarly situated,

 *Plaintiff*,

vs.

G-STAR RAW ESTORE INC.,

 *Defendant*.
_____/

CLASS ACTION

Case No. 2023-cv-81467

**JURY TRIAL DEMANDED**

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

 I hereby disclose the following pursuant to this Court's interested persons order:

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

   - Alexis Amendola (Plaintiff)

   - Shamis & Gentile, P.A. (Counsel for Plaintiff)

   - Edelsberg Law, P.A. (Counsel for Plaintiff)

   - G-Star Raw eStore Inc. (Defendant)

   - Seyfarth Shaw LLP (Counsel for Defendant)

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None known.

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

- None known.

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Alexis Amendola, Plaintiff

- Unnamed Class Members

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: January 18, 2024

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
/s/ Garrett O. Berg
Garrett O. Berg, Esq.
Florida Bar No. 1000427
gberg@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
Florida Bar No. 0100537
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

*Counsel for Plaintiff and the Class*

### CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                                            **SHAMIS & GENTILE, P.A.**
                                                            14 NE 1st Ave., Suite 705
                                                            Miami, FL 33132
                                                            Telephone (305) 479-2299
                                                           Facsimile (786) 623-0915
                                                           Email: efilings@shamisgentile.com

By:    */s/ Andrew J. Shamis*
           Andrew J. Shamis, Esq.
           Florida Bar # 101754