UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-81467-CV-MIDDLEBROOKS/MATTHEWMAN

ALEXIS AMENDOLA, *individually and
on behalf of all others similarly situated*,

    Plaintiff,

v.

G-STAR RAW ESTORE, INC.,

    Defendant.
_____/

## ORDER OF REFERENCE

THIS CAUSE comes before the Court upon the Parties' jointly filed Notice of Consent to Exercise of Jurisdiction by a U.S. Magistrate Judge (DE 18), filed January 26, 2024. The Notice bears the electronic signature of counsel for all Parties to this action, and it provides that the Parties consent to the exercise of jurisdiction by the Magistrate Judge over all further proceedings in this case, including trial and entry of judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that, pursuant to 28 U.S.C. § 636(c)(1), Federal Rule of Civil Procedure 73, and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-captioned case is hereby referred to **United States Magistrate Judge William Matthewman** for all further proceedings including trial and entry of judgment.

**SIGNED** in Chambers at West Palm Beach, Florida this 6 day of February, 2024.

                                            DONALD M. MIDDLEBROOKS
                                            UNITED STATES DISTRICT JUDGE

Copies to:        Counsel of Record
                    Magistrate Judge William Matthewman