UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALEXIS AMENDOLA, individually and on behalf of
all others similarly situated,

                                                                      **Case No. 9:23-cv-81467**

  *Plaintiff*,

vs.

G-STAR RAW ESTORE, INC.,

  *Defendant*.
_____/

## JOINT NOTICE OF MEDIATOR SELECTION

Plaintiff, Alexis Amendola, and Defendant, G-STAR RAW ESTORE, INC. (collectively "the Parties") jointly file their notice of mediation along with a proposed order scheduling mediation (attached hereto):

1. Neutral's name: Rodney Max;

2. Proposed date/time: May 22, 2024 at 10:00 AM EST

Date: February 13, 2024

                                                  Respectfully Submitted,

                                                  **Shamis & Gentile, P.A.**
                                                  /s/ Andrew J. Shamis
                                                  Andrew J. Shamis, Esq.
                                                  Florida Bar No. 101754
                                                  ashamis@shamisgentile.com
                                                  */s/ Garrett Berg*
                                                  Garrett O. Berg, Esq.
                                                  Florida Bar No. 1000427
                                                  gberg@shamisgentile.com
                                                  14 NE 1st Avenue, Suite 705

Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

By: */s/ Kevin M. Young*
Kevin M. Young
kyoung@seyfarth.com
**SEYFARTH SHAW LLP**
1075 Peachtree Street, NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Kristine R. Argentine (pro hac vice)
kargentine@seyfarth.com
Bessie Fakhri (pro hac vice)
bfakhri@seyfarth.com
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, IL 60613
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing filed via Florida e-filings portal and was sent via service E-Mail on February 13, 2024 to all counsels of record.

                                        **SHAMIS & GENTILE, P.A.**
                                        14 NE 1st Ave, Suite 705
                                        Miami, FL 33132
                                        Telephone (305) 479-2299
                                        Facsimile (786) 623-0915
                                        Email: efilings@shamisgentile.com

By:    /s/ Andrew J. Shamis
           Andrew J. Shamis, Esq.
           Florida Bar No. 101754

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

ALEXIS AMENDOLA, individually and on behalf of
all others similarly situated,

    *Plaintiff*,

**Case No. 9:23-cv-81467**

vs.

G-STAR RAW ESTORE, INC.,

    *Defendant*.

_____/

## [PROPOSED] ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Rodney Max on May 22, 2024, at 10:00 AM EST via video-teleconference.

ENTERED this \_\_\_ day of _____, 20 \_\_\_.

    _____
    William Matthewman
    United States Magistrate Judge

Copies furnished:
All counsel of record