UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALEXIS AMENDOLA, individually and on behalf of
all others similarly situated,

                                                                                                         **Case No. 9:23-cv-81467**

  *Plaintiff*,

vs.

G-STAR RAW ESTORE, INC.,

  *Defendant*.
_____/

## JOINT MOTION FOR ENTRY OF MEDIATION ORDER

Plaintiff, Alexis Amendola, and Defendant, G-STAR RAW ESTORE, INC. (collectively "the Parties") jointly move the Court for an entry of Mediation Order and state as follows:

On or about February 7, 2023, the Parties jointly conferred and agreed upon the selection of Florida Supreme Court Certified Circuit Civil Mediator, Rodney Max to serve as the mediator for this case. The Parties also agreed upon May 22, 2024 at 10:00 AM EST for the date and time for mediation to occur.

WHEREFORE, the Parties respectfully request that this Court enter the attached Proposed Order Setting Mediation in this case. A copy of the Proposed Order is attached hereto as Exhibit A.

Date: February 16, 2024

                                                      Respectfully Submitted,

                                                      **Shamis & Gentile, P.A.**
                                                      /s/ Andrew J. Shamis
                                                      Andrew J. Shamis, Esq.
                                                      Florida Bar No. 101754
                                                      ashamis@shamisgentile.com
                                                      */s/ Garrett Berg*

Garrett O. Berg, Esq.
Florida Bar No. 1000427
gberg@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

By: */s/ Kevin M. Young*
Kevin M. Young
kyoung@seyfarth.com
**SEYFARTH SHAW LLP**
1075 Peachtree Street, NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Kristine R. Argentine (pro hac vice)
kargentine@seyfarth.com
Bessie Fakhri (pro hac vice)
bfakhri@seyfarth.com
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, IL 60613
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing filed via Florida e-filings portal and was sent via service E-Mail on February 16, 2024 to all counsels of record.

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@shamisgentile.com

By:  /s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754

## EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ALEXIS AMENDOLA, individually and on behalf of
all others similarly situated,

    **Case No. 9:23-cv-81467**

  *Plaintiff*,

vs.

G-STAR RAW ESTORE, INC.,

  *Defendant*.
_____/

## [PROPOSED] ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Rodney Max on May 22, 2024, at 10:00 AM EST via video-teleconference.

ENTERED this ___ day of _____, 20 ___.

                                                                _____
                                                                 William Matthewman
                                                                 United States Magistrate Judge

Copies furnished:
All counsel of record