# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

ALEXIS AMENDOLA, individually and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

G-STAR RAW ESTORE, INC.,

    *Defendant*.

_____/

CLASS ACTION

Case No. 9:23-cv-81467-DMM

## JOINT MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER

Pursuant to this Court's February 14, 2024 Order [ECF No. 26] Plaintiff, Alexis Amendola, and Defendant, G-STAR RAW ESTORE, INC. (collectively "the Parties") jointly submit this Proposed Scheduling Order:

| **Event** | **Current Deadline** | **Continued Deadline** |
|---|---|---|
| Class Certification: | February 8, 2024 | September 4, 2024 |
| Plaintiff Expert Disclosure: | February 22, 2024 | October 4, 2024 |
| Defendant Expert Disclosure: | March 21, 2024 | November 4, 2024 |
| Rebuttal Expert Disclosure: | none | December 5, 2024 |
| Discovery Cut-Off: | May 16, 2024 | October 4, 2024 |
| Mediation Deadline: | May 30, 2024 | July 22, 2024 |
| Dispositive and *Daubert* Motions: | May 30, 2024 | April 4, 2025 |
| Motion *In Limine*: | May 30, 2024 | May 5, 2025 |
| Joint Pretrial Statement: | July 1, 2024 | June 4, 2025 |

| Pretrial Conference: | none | June 11, 2025 |
|---|---|---|
| Trial Briefs: | none | June 23, 2025 |
| Trial Term: | July 29, 2024 | July 14, 2025 |

WHEREFORE, the Parties respectfully request that this Court enter the attached Proposed Order Setting Mediation in this case. A copy of the Proposed Order is attached hereto as **Exhibit A**.

Date: February 16, 2024

    Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
*/s/ Garrett Berg*
Garrett O. Berg, Esq.
Florida Bar No. 1000427
gberg@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

By: */s/ Kevin M. Young*
Kevin M. Young
kyoung@seyfarth.com
**SEYFARTH SHAW LLP**
1075 Peachtree Street, NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Kristine R. Argentine (pro hac vice)
kargentine@seyfarth.com
Bessie Fakhri (pro hac vice)
bfakhri@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60613
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing filed via Florida e-filings portal and was sent via service E-Mail on February 16, 2024 to all counsels of record.

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@shamisgentile.com

By:   /s/ Andrew J. Shamis
       Andrew J. Shamis, Esq.
       Florida Bar No. 101754

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ALEXIS AMENDOLA, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>vs.<br><br>G-STAR RAW ESTORE, INC.,<br><br>    *Defendant*.<br>_____/ | CLASS ACTION<br><br>Case No. 9:23-cv-81467-DMM |

**[PROPOSED] JOINT SCHEDULING ORDER**

THIS CAUSE having come before this Court on the Status Conference held on February 14, 2024 at 11:30 AM and upon the agreement of the parties and being advised in the premises, it is hereby ORDERED and ADJUDGED that the current Scheduling Order [ECF No. 15] is modified as follows:

| **Event** | **Current Deadline** | **Continued Deadline** |
|---|---|---|
| Class Certification: | February 8, 2024 | September 4, 2024 |
| Plaintiff Expert Disclosure: | February 22, 2024 | October 4, 2024 |
| Defendant Expert Disclosure: | March 21, 2024 | November 4, 2024 |
| Rebuttal Expert Disclosure: | none | December 5, 2024 |
| Discovery Cut-Off: | May 16, 2024 | October 4, 2024 |
| Mediation Deadline: | May 30, 2024 | July 22, 2024 |
| Dispositive and *Daubert* Motions: | May 30, 2024 | April 4, 2025 |

| | | |
|---|---|---|
| Motion *In Limine*: | May 30, 2024 | May 5, 2025 |
| Joint Pretrial Statement: | July 1, 2024 | June 4, 2025 |
| Pretrial Conference: | none | June 11, 2025 |
| Trial Briefs: | none | June 23, 2025 |
| Trial Term: | July 29, 2024 | July, 2025 |

DONE AND ORDERED in this ____ day of _____, 2024.

                                                                                                                                            _____
                                                           William Matthewman
                                   UNITED STATES MAGISTRATE JUDGE