Case 9:23-cv-81467-WM   Document 29   Entered on FLSD Docket 02/20/2024   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-81467-MATTHEWMAN

ALEXIS AMENDOLA, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

G-STAR RAW ESTORE, INC.,

    Defendant.

_____/

FILED BY ____SW____ D.C.

Feb 20, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

### ORDER GRANTING JOINT MOTION FOR ENTRY OF MEDIATION ORDER [DE 27] AND SCHEDULING MEDIATION

**THIS CAUSE** is before the Court pursuant to the parties' Joint Motion for Entry of Mediation Order ("Joint Motion") [DE 27]. Accordingly, it is hereby **ORDERED** that the parties' Joint Motion [DE 27] is **GRANTED**. The parties shall mediate this matter on **May 22, 2024, at 10:00 a.m.** via video-teleconference, before Rodney Max, Esq., as mediator.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 20th day of February, 2024.

WILLIAM MATTHEWMAN
United States Magistrate Judge