## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALEXIS AMENDOLA, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff,* | Case No. 9:23-cv-81467-DMM |
| vs. | |
| G-STAR RAW ESTORE, INC., | |
| *Defendant.* | |
| _____/ | |

## JOINT NOTICE OF SETTLEMENT

Pursuant Local Rule 16.4, Plaintiff, Alexis Amendola and Defendant, G-Star Raw Estore, Inc., (collectively the "Parties") hereby submit their Joint Notice of Settlement as to Plaintiff's individual claims only. The Parties expect to complete all terms of the settlement within 30 days and will file a Joint Stipulation of Dismissal upon completion.

Date: March 26, 2024

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
*/s/ Garrett Berg*
Garrett O. Berg, Esq.
Florida Bar No. 1000427
gberg@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

By: /s/ Kevin M. Young
Kevin M. Young
kyoung@seyfarth.com
**SEYFARTH SHAW LLP**
1075 Peachtree Street, NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Kristine R. Argentine (pro hac vice)
kargentine@seyfarth.com
Bessie Fakhri (pro hac vice)
bfakhri@seyfarth.com
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, IL 60613
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing filed via Florida e-filings portal and was sent via service E-Mail on March 26, 2024 to all counsels of record.

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@shamisgentile.com

By:   /s/ Andrew J. Shamis
      Andrew J. Shamis, Esq.
      Florida Bar No. 101754

2