UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALEXIS AMENDOLA, individually and on behalf of
all others similarly situated,

  *Plaintiff*,

Case No. 9:23-cv-81467-DMM

vs.

G-STAR RAW ESTORE, INC.,

  *Defendant*.

_____/

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Alexis Amendola, and Defendant, G-STAR RAW ESTORE, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

    1.    All claims of the Plaintiff, Alexis Amendola, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

    2.    All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: April 1, 2024

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705

        Miami, FL 33132
        Telephone: 305-479-2299

        *Counsel for Plaintiff and the Class*

        By: /s/ *Kevin M. Young*
        Kevin M. Young
        kyoung@seyfarth.com
        **SEYFARTH SHAW LLP**
        1075 Peachtree Street, NE, Suite 2500
        Atlanta, GA 30309
        Telephone: (404) 885-1500
        Facsimile: (404) 892-7056

        Kristine R. Argentine (pro hac vice)
        kargentine@seyfarth.com
        Bessie Fakhri (pro hac vice)
        bfakhri@seyfarth.com
        **SEYFARTH SHAW LLP**
        233 South Wacker Drive, Suite 8000
        Chicago, IL 60613
        Telephone: (312) 460-5000
        Facsimile: (312) 460-7000

        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing filed via Florida e-filings portal and was sent via service E-Mail on April 1, 2024 to all counsels of record.

        **SHAMIS & GENTILE, P.A.**
        14 NE 1st Ave, Suite 705
        Miami, FL 33132
        Telephone (305) 479-2299
        Facsimile (786) 623-0915
        Email: efilings@shamisgentile.com

    By: /s/ Andrew J. Shamis
       Andrew J. Shamis, Esq.
       Florida Bar No. 101754