UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-81467-MATTHEWMAN

ALEXIS AMENDOLA, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

G-STAR RAW ESTORE, INC.,

    Defendant.

_____/

FILED BY ____SW____ D.C.

Apr 4, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal ("Joint Stipulation") [DE 35], filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In the parties' Joint Stipulation, the parties state that they stipulate to the dismissal of the action, with "[a]ll claims of the Plaintiff, Alexis Amendola, individually, [to be] dismissed with prejudice, with each party to bear their own fees and costs," and with "[a]ll claims of any unnamed member of the alleged class . . . [to be] dismissed without prejudice." [DE 35 at 1]. The Court has carefully considered the parties' Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. All claims of the Plaintiff, Alexis Amendola, are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 4th day of April, 2024.

*[signature]*
WILLIAM MATTHEWMAN
United States Magistrate Judge